## ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Nathanael M. Cousins<br>U.S. Magistrate Judge | **RE:** | Monique Marie Dodson |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 5:25-cr-00252-EKL |

**Date:** September 18, 2025

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jessica Portillo                                                    (510) 637-3755

Pretrial Services Officer                                  **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below (All other conditions to remain in effect):

☒ Modification(s) in italics:
U.S. Pretrial Services recommends that the following condition of release be **added:**
1. *The defendant shall participate in mental health treatment, as directed by Pretrial Services;*
2. *The defendant shall continue to participate and attend gambling addiction treatment and provide verification as directed by Pretrial Services*
3. *The defendant must not engage in any form of gambling (including, but not limited to, lotteries, on-line wagering, sports betting) and you must not enter any casino or other establishment where gambling is the primary purpose (e.g., horse race tracks, off-track betting establishments; and*
4. *The defendant must continue or actively seek employment or continue or start an education program approved by Pretrial Services*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

*[signature]*                                              September 18, 2025
**JUDICIAL OFFICER**                                 **DATE**