1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  NEAL C. HONG (ILBN 6309265)
   Assistant United States Attorney
5
        60 S Market, Suite 1200
6       San Jose, California 95113
        Telephone: (408) 535-5081
7       neal.hong@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13 UNITED STATES OF AMERICA,          )  Case No. 25-CR-00252-EKL
                                      )
14      Plaintiff,                    )  STIPULATION TO CONTINUE STATUS
                                      )  HEARING AND EXCLUDE TIME UNDER THE
15    v.                              )  SPEEDY TRIAL ACT AND [PROPOSED] ORDER
                                      )
16 MONIQUE MARIE DODSON,              )
                                      )
17      Defendant.                    )
                                      )
18                                    )

19

20     The parties respectfully request that the Court continue the status hearing scheduled for October
21 December 16, 2025, to January 20, 2026.  The parties are planning to meet and confer to discuss certain
22 matters that may result in a resolving this case.  Additionally, the parties require additional time to
23 review materials that may assist in that resolution.
24     The parties stipulate and agree that excluding time until January 20, 2026, will allow for the
25 effective preparation and continuity of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further
26 stipulate and agree that the ends of justice served by excluding the time from December 16, 2025, to
27 January 20, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public
28 and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

                                           1

| | |
|---|---|
| IT IS SO STIPULATED | CRAIG H. MISSAKIAN<br>United States Attorney |
| Dated: December 5, 2025 | /s/ Neal Hong_____<br>NEAL C. HONG<br>Assistant United States Attorney |
| | /s/ Gail Shifman_____<br>GAIL SHIFMAN<br>Counsel for Defendant |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby excludes time under the Speedy Trial Act from December 16, 2025, to January 20, 2026.  The Court finds that failing to exclude the time from December 16, 2025, to January 20, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from December 16, 2025, to January 20, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 16, 2025, to January 20, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

The Status conference is continued to January 20, 2026 at 2:30 pm.

DATED: December 9, 2025

HON. EUMI K. LEE
United States District Judge

3