CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

60 S Market, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5081
neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MONIQUE MARIE DODSON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-CR-00252-EKL<br><br>STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER |

The parties respectfully request that the Court continue the status hearing scheduled for January 20, 2026, to March 17, 2026. The parties met and conferred on January 16, 2026. At this meeting, the parties discussed matters that may result in a resolution to this case. Counsel for Defendant requires time to investigate certain matters and to have discussions with Defendant.

The parties stipulate and agree that excluding time until March 17, 2026, will allow for the effective preparation and continuity of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from January 20, 2026, to March 17, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

1

IT IS SO STIPULATED

CRAIG H. MISSAKIAN
United States Attorney

Dated: January 16, 2026

/s/ Neal Hong_____
NEAL C. HONG
Assistant United States Attorney


/s/ Gail Shifman_____
GAIL SHIFMAN
Counsel for Defendant

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby excludes time under the Speedy Trial Act from January 20, 2026, to March 17, 2026. The Court finds that failing to exclude the time from January 20, 2026, to March 17, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 20, 2026, to March 17, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 20, 2026, to March 17, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  January 16, 2026

HON. EUMI K. LEE
United States District Judge

3