GAIL SHIFMAN
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, CA 94115-1814
Tel:     415-551-1500
Email: gail@shifmangroup.com

Attorney for Defendant
MONIQUE DODSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-CR-00252 EKL |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| MONIQUE DODSON, | |
| Defendant. | |

      Ms. Dodson pled guilty to Counts 6 and 7 of the Information charging Wire Fraud and Money Laundering on March 17, 2026, and is currently set for sentencing on August 18, 2026, Dkt. 17.  As the Court is unavailable on the currently set sentencing date and because additional time is needed for preparation of the presentence report and completion of the psychological assessment, the parties believe good cause exists to continue the sentencing.

      It is thereby stipulated by and between counsel for the United States and counsel for the defendant MONIQUE DODSON that the sentencing date currently set on August 18, 2026 be continued until October 6, 2026. The parties have confirmed with the Court that the date and time

STIP AND [~~PROPOSED~~] ORDER

requested is available on the Court's calendar.

IT IS SO STIPULATED.

DATED: July 13, 2026                              CRAIG H. MISSAKIAN
                                                 United States Attorney


                                                 _____/s/ Neal Hong_____
                                                 Assistant U.S. Attorney

DATED: July 13, 2026                             _____/s/ Gail Shifman_____
                                                 GAIL SHIFMAN
                                                 Counsel for Defendant


## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that the sentencing hearing is continued until October 6, 2026 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated:  July 14, 2026            _____
                                HONORABLE EUMI K. LEE
                                UNITED STATES DISTRICT JUDGE


STIP AND [PROPOSED] ORDER