GAIL SHIFMAN
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, CA 94115-1814
Tel: 415-551-1500
Email: gail@shifmangroup.com

Attorney for Defendant
MONIQUE DODSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>*v.*<br>MONIQUE DODSON,<br>Defendant. | CASE NO. 5:25-CR-00252 EKL<br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING |

Ms. Dodson pled guilty to Counts 6 and 7 of the Information charging Wire Fraud and Money Laundering on March 17, 2026, and is currently set for sentencing on October 6, 2026, Dkt. 21. As additional time is needed for preparation of the presentence report and completion of the psychological assessment, the parties believe good cause exists to continue the sentencing.

It is thereby stipulated by and between counsel for the United States and counsel for the defendant MONIQUE DODSON that the sentencing date currently set on October 6, 2026 be continued until December 22, 2026. The probation officer preparing the presentence report has confirmed that he is available on this date.

IT IS SO STIPULATED.

DATED: September 8, 2026

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Neal Hong*
Assistant U.S. Attorney

DATED: September 8, 2026

*/s/ Gail Shifman*
GAIL SHIFMAN
Counsel for Defendant

## ~~[PROPOSED]~~ ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that the sentencing hearing is continued until December 22, 2026 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: September 10, 2026

HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE